IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY JOE SALES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv337-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Bobby Joe Sales's petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The sentence (doc. no. 44) entered in United States v. Sales, 2:06cr172-MHT (M.D. Ala. May 24, 2007), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion, in United States v. Sales, 2:06cr172-MHT (M.D. Ala.).

   (4) Petitioner Sales is to remain in the custody of

       the Attorney General pending resentencing.

   It is further ORDERED that no costs are taxed.

   The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

   This case is closed.

   DONE, this the 19th day of August, 2016.

                               /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**